**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ANTHONY FRAZIER,**

    **Plaintiff,**

**v.**                                                                               **Case No.: 8:18-cv-00110-VMC-TGW**

**MEDICREDIT, INC.,**

    **Defendant.**
_____/

### SECOND MEDIATION REPORT

After the mediation, the parties reopened their settlement discussions.

<u>The case now has been completely settled.</u>

Done June 6, 2018 in Tampa, Florida.

                                        Respectfully submitted,

                                        <u>/s/ Peter J. Grilli</u>
                                        Peter J. Grilli, Esq.
                                        Florida Bar No. 237851
                                        Mediator
                                        3001 West Azeele Street
                                        Tampa, Florida 33609
                                        813.874.1002     Fax: 813.874.1131
                                        email: peter@grillimediation.com

I HEREBY CERTIFY that June 6, 2018 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                        <u>/s/ Peter J. Grilli</u>
                                        Peter J. Grilli, Esq.